**Form 237**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gregory R Hall** | : | Case No. 13−20927−JAD |
| **Kristie M Hall** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| JPMorgan Chase Bank, National Association | : | |
| *Movant,* | : | Related to Claim No. 22 |
| | : | |
| v. | : | |
| Gregory R Hall | : | |
| Kristie M Hall | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## <u>ORDER</u>

     **AND NOW**, this **19th day of July, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *JPMorgan Chase Bank, National Association* at Claim No. 22 in the above−captioned bankruptcy case,

     It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)  an *AMENDED CHAPTER 13 PLAN;*

    (2)  a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)  an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-20927-JAD
Gregory R Hall                                                            Chapter 13
Kristie M Hall
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut            Page 1 of 1              Date Rcvd: Jul 19, 2016
                             Form ID: 237          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2016.
db/jdb        +Gregory R Hall,   Kristie M Hall,   6384 Tuscawaras Road,   Midland, PA 15059-2040
              +Vannesa Montoya,   JPMorgan Chase Bank, N.A.,   Chase Records Ctr. Attn:Corres. Mail,
                Mail Code LA4-5555,   700 Kansas Ln.,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Edgardo D. Santillan    on behalf of Joint Debtor Kristie M Hall edscourt@debtlaw.com,
          edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.co
          m
          Edgardo D. Santillan    on behalf of Debtor Gregory R Hall edscourt@debtlaw.com,
          edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.co
          m
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 6