UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) CASE NO. 13-20927-JAD |
| | ) |
| GREGORY R. HALL | ) |
| KRISTIE M. HALL | ) CHAPTER 13 |
| | ) |
| DEBTORS | ) RELATED TO CLAIM NO. 22 |
| | ) |
| | ) |
| JPMORGAN CHASE BANK, N.A. | ) |
| MOVANT | ) |
| | ) |
| VS. | ) |
| | ) |
| GREGORY R. HALL | ) |
| KRISTIE M. HALL | ) |

**<u>DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND
CHAPTER 13 PLAN FEASIBLITY</u>**

The undersigned hereby declares that the Plan dated a March 2, 2013 is adequately funded for the change in the mortgage payment to JPMorgan Chase Bank, NA to the amount of $1,013.98 effective with the September 2017 payment without reducing the percentage to Unsecured Creditors or amounts to be paid to other Creditors in the plan. Therefore, no amended Plan is necessary and/or objection to the notice is required.


<u>August 21, 2017</u>            <u>/s/ Edgardo D. Santillan</u>
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW FIRM P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-20927-JAD |
| | ) | |
| GREGORY R. HALL | ) | |
| KRISTIE M. HALL | ) | CHAPTER 13 |
| | ) | |
| DEBTORS | ) | RELATED TO CLAIM NO. 22 |
| | ) | |
| | ) | |
| JPMORGAN CHASE BANK, N.A. | ) | |
| MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| GREGORY R. HALL | ) | |
| KRISTIE M. HALL | ) | |

**CERTIFICATION OF SERVICE**

I, Edgardo D. Santillan, Esquire of SANTILLAN LAW FIRM P.C., 650 Corporation Street, Suite 304, Beaver, PA 15009 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 21st day of August 2017, **I SERVED A COPY OF THE DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE UPON THE FOLLOWING:**

Office of the U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

JP Morgan Chase Bank, NA
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203
Attn: Lamont Richardson, Vice President
**Via First Class Mail**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON August 21, 2017

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW OFFICE, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com