**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| GREGORY R HALL | Case No. 13-20927JAD |
| KRISTIE M HALL | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| JPMORGAN CHASE BANK NA | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to BAYVIEW LOAN SERVICING. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

| | |
|---|---|
| JPMORGAN CHASE BANK NA | Court claim# 22/Trustee CID# 2 |
| 3415 VISION DR | |
| OH4-7133 | |
| COLUMBUS, OH 43219 | |

The Movant further certifies that on 09/08/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
GREGORY R HALL, KRISTIE M HALL,
6384 TUSCAWARAS ROAD,
MIDLAND, PA  15059

:
BAYVIEW LOAN SERVICING LLC**,
4425 PONCE DE LEON BLVD 5TH FL,
CORAL GABLES, FL  33146

ORIGINAL CREDITOR'S COUNSEL:
ANDREW F GORNALL ESQ, KML LAW
GROUP PC, 701 MARKET ST STE
5000, PHILADELPHIA, PA  19106

NEW CREDITOR:
BAYVIEW LOAN SERVICING
ATTN: CUSTOMER SERV DEPT
4425 PONCE DE LEON BLVD
CORAL GABLES, FL 33146

DEBTOR'S COUNSEL:
EDGARDO D SANTILLAN ESQ,
SANTILLAN LAW FIRM PC, 775
FOURTH ST, BEAVER, PA  15009

ORIGINAL CREDITOR:
JPMORGAN CHASE BANK NA, 3415
VISION DR, OH4-7133, COLUMBUS,
OH  43219