# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

10/18/2017

IN RE:

| | |
|---|---|
| GREGORY R HALL | Case No.13-20927 JAD |
| KRISTIE M HALL | |
| 6384 TUSCAWARAS ROAD | Chapter 13 |
| MIDLAND,  PA  15059 | |
| XXX-XX-6045          Debtor(s) | |
| XXX-XX-6053 | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee´s final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/18/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| DUQUESNE LIGHT COMPANY* | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:10 | ACCOUNT NO.:  4003 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM:  264.27 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| BAYVIEW LOAN SERVICING LLC** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
|---|---|---|
| 4425 PONCE DE LEON BLVD 5TH FL | Court Claim Number:22 | ACCOUNT NO.:  2216 |
| | CLAIM:  0.00 | |
| CORAL GABLES, FL  33146 | COMMENT:  PMT/DECL*DKT4PMT-LMT*BGN 4/13*FR JPMORGAN-DOC 59 | |

| CITIZENS AUTO FINANCE(*) | Trustee Claim Number:3  INT %: 5.50% | CRED DESC:  VEHICLE |
|---|---|---|
| 1 CITIZENS DR | Court Claim Number:5 | ACCOUNT NO.:  8588 |
| MAILSTOP ROP15B | | |
| | CLAIM:  8,810.00 | |
| RIVERSIDE, PA  02915 | COMMENT:  9158@5.5%MDF/PL@CITIZENS BK*CL=$9,221.91*PIF/CR/TR | |

| HARLEY DAVIDSON CREDIT CORP* | Trustee Claim Number:4  INT %: 5.50% | CRED DESC:  VEHICLE |
|---|---|---|
| BOX 15129 | Court Claim Number:11 | ACCOUNT NO.:  7136 |
| | CLAIM:  5,606.50 | |
| PALATINE, IL  60055-5129 | COMMENT:  5500@5.5%MDF/PL | |

| ECMC(*) | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| LOCKBOX #8682 | Court Claim Number:3 | ACCOUNT NO.:  6045 |
| PO BOX 16478 | | |
| | CLAIM:  239.66 | |
| ST PAUL, MN  55116-0478 | COMMENT:  FR CONDUIT AMBAC AES PHEAA-DOC 21*FR PHEAA-DOC 42 | |

| ECMC(*) | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| LOCKBOX #8682 | Court Claim Number:2 | ACCOUNT NO.:  6045 |
| PO BOX 16478 | | |
| | CLAIM:  468.62 | |
| ST PAUL, MN  55116-0478 | COMMENT:  FR PNC AES PHEAA-DOC 22*FR PHEAA-DOC 41 | |

| AES (AMERICAN EDUCATION SRVCS) | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 1200 N SEVENTH ST 2ND FL* | Court Claim Number: | ACCOUNT NO.:  7945811142PA00001 |
| ATTN DDB TEAM | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17104-1444 | COMMENT:  PNC NCB/SCH | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:19 | ACCOUNT NO.:  7942 |
| | CLAIM:  1,345.16 | |
| NORFOLK, VA  23541 | COMMENT:  FR CAPITAL ONE-DOC 38 | |

| CAPITAL ONE BANK (USA) NA BY AMERICAN INI | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:6 | ACCOUNT NO.:  5148 |
| | CLAIM:  5,785.95 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| CAPITAL ONE BANK (USA) NA BY AMERICAN INI | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:7 | ACCOUNT NO.:  0582 |
| | CLAIM:  4,310.79 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:20 | ACCOUNT NO.: 1626 |
| | CLAIM: 830.66 | |
| NORFOLK, VA 23541 | COMMENT: CAPITAL ONE NA | |

| CAPITAL ONE(*) | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.: 5156250002317925 |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC 28269 | COMMENT: | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:16 | ACCOUNT NO.: 8712 |
| | CLAIM: 2,956.46 | |
| NORFOLK, VA 23541 | COMMENT: CHASE BANK USA NA | |

| CHASE++ | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 4104140020168721 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: | |

| CHASE++ | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 4185874852839676 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: | |

| CHILDRENS PLACE++ | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 9025 | Court Claim Number: | ACCOUNT NO.: 6011644313961046 |
| | CLAIM: 0.00 | |
| DES MOINES, IA 50368-9025 | COMMENT: NT ADR/SCH | |

| CITIBANK NA(*) | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 4740 121ST ST | Court Claim Number: | ACCOUNT NO.: 6035320491058093 |
| | CLAIM: 0.00 | |
| URBANDALE, IA 50323 | COMMENT: | |

| ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 2036 | Court Claim Number:18 | ACCOUNT NO.: 1216 |
| | CLAIM: 2,192.82 | |
| WARREN, MI 48090 | COMMENT: THE HOME DEPOT | |

| CITIZENS BANK* | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.: 6214595128 |
| | CLAIM: 0.00 | |
| RIVERSIDE, RI 02915 | COMMENT: | |

| EASTERN ACCOUNT SYSTEM | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 75 GLEN RD STE 110 | Court Claim Number: | ACCOUNT NO.: 00000000025074614 |
| | CLAIM: 0.00 | |
| SANDY HOOK, CT 06482 | COMMENT: NT ADR~COMCAST/SCH | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 268941 | Court Claim Number:4 | ACCOUNT NO.:  1028 |
| | CLAIM:  665.50 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT:  WEBBANK | |

| | | |
|---|---|---|
| **RECEIVABLE MANAGEMENT SERVICES++** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4836 BRECKSVILLE RD | Court Claim Number: | ACCOUNT NO.:  410229637G1 |
| POB 509 | | |
| | CLAIM:  0.00 | |
| RICHFIELD, OH  44286 | COMMENT:  FIRST ENERGY SLTNS/SCH | |

| | | |
|---|---|---|
| **NCO FINANCIAL SYSTEMS INC(*)++** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 507 PRUDENTIAL RD | Court Claim Number: | ACCOUNT NO.:  76977271 |
| | CLAIM:  0.00 | |
| HORSHAM, PA  19044 | COMMENT:  NT ADR~HRTG VLLY EMRGNCY PHYSCN/SCH | |

| | | |
|---|---|---|
| **NCO FINANCIAL SYSTEMS INC(*)++** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 507 PRUDENTIAL RD | Court Claim Number: | ACCOUNT NO.:  76977271 |
| | CLAIM:  0.00 | |
| HORSHAM, PA  19044 | COMMENT:  NT ADR~HRTG VLLY EMRGNCY PHSYCN/SCH | |

| | | |
|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 67013 | Court Claim Number:13 | ACCOUNT NO.:  6045 |
| | CLAIM:  19,998.03 | |
| HARRISBURG, PA  17106-7013 | COMMENT: | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:12 | ACCOUNT NO.:  3731 |
| | CLAIM:  759.24 | |
| NORFOLK, VA  23541 | COMMENT:  GE CAPITAL RETAIL BANK-SAMS CLUB | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:21 | ACCOUNT NO.:  6769 |
| | CLAIM:  2,170.01 | |
| NORFOLK, VA  23541 | COMMENT:  CAPITAL ONE-SEARS | |

| | | |
|---|---|---|
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RECOVERY MGMNT SYST CORP | Court Claim Number:15 | ACCOUNT NO.:  7925 |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM:  1,414.86 | |
| MIAMI, FL  33131-1605 | COMMENT:  CAPITAL ONE CARD SVCS | |

| | | |
|---|---|---|
| **MEDICAL CENTER OF BEAVER CTY** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1000 DUTCH RIDGE RD | Court Claim Number: | ACCOUNT NO.:  VARIOUS/SCH |
| | CLAIM:  0.00 | |
| BEAVER, PA  15009 | COMMENT: | |

| | | |
|---|---|---|
| **TRI STATE MEDICAL GROUP** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 500 SHARON RD | Court Claim Number: | ACCOUNT NO.:  VARIOUS/SCH |
| | CLAIM:  0.00 | |
| BEAVER, PA  15009 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:9 | ACCOUNT NO.:  7960 |
| | CLAIM:  1,475.41 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  VICTORIA'S SECRET | |
| **STERLING JEWELERS INC DBA KAY JEWELERS** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| PO BOX 1799 | Court Claim Number:1 | ACCOUNT NO.:  5361 |
| | CLAIM:  442.03 | |
| AKRON, OH  44309 | COMMENT:  CL1GOV@0%*WEISFIELD JWLRS~UNS/SCH-PL | |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:8 | ACCOUNT NO.:  6373 |
| | CLAIM:  1,135.42 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  NEW YORK AND COMPANY | |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:14 | ACCOUNT NO.:  5222 |
| | CLAIM:  2,624.27 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  VALUE CITY FURNITURE | |
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:17 | ACCOUNT NO.:  0320 |
| POB 10587 | | |
| | CLAIM:  426.78 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CVF CONSUMER ACQUISTION-WFNNB | |
| **BAYVIEW LOAN SERVICING LLC**** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| 4425 PONCE DE LEON BLVD 5TH FL | Court Claim Number:22 | ACCOUNT NO.:  2216 |
| | CLAIM:  1,026.03 | |
| CORAL GABLES, FL  33146 | COMMENT:  C22GOV*NT PROV/PL*THRU 3/13*FR JPMORGAN*DOC 59 | |