UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-20927-JAD |
| | ) | |
| GREGORY R. HALL | ) | |
| KRISTIE M. HALL | ) | CHAPTER 13 |
| | ) | |
| DEBTORS | ) | RELATED TO CLAIM NO. 22 |
| | ) | |
| | ) | |
| BAYVIEW LOAN SERVICING, LLC. | ) | |
| MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| GREGORY R. HALL | ) | |
| KRISTIE M. HALL | ) | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY

The undersigned hereby declares that the Plan dated a March 2, 2013 is adequately funded for the change in the mortgage payment to Bayview Loan Servicing, LLC to the amount of $1,013.63 effective with the December 2017 payment without reducing the percentage to Unsecured Creditors or amounts to be paid to other Creditors in the plan. Therefore, no amended Plan is necessary and/or objection to the notice is required.

December 4, 2017

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW FIRM P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-20927-JAD |
| | ) | |
| GREGORY R. HALL | ) | |
| KRISTIE M. HALL | ) | CHAPTER 13 |
| | ) | |
| DEBTORS | ) | RELATED TO CLAIM NO. 22 |
| | ) | |
| | ) | |
| BAYVIEW LOAN SERVICING, LLC. | ) | |
| MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| GREGORY R. HALL | ) | |
| KRISTIE M. HALL | ) | |

**CERTIFICATION OF SERVICE**

I, Edgardo D. Santillan, Esquire of SANTILLAN LAW FIRM P.C., 650 Corporation Street, Suite 304, Beaver, PA 15009 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 4th day of December 2017, **I SERVED A COPY OF THE DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE UPON THE FOLLOWING:**

Office of the U.S. Trustee          Ronda J. Winnecour
Suite 970, Liberty Center          Chapter 13 Trustee
1001 Liberty Ave                   Suite 3250, USX Tower
Pittsburgh, PA 15222               600 Grant Street
                                   Pittsburgh, PA 15219

KML Law Group, PC
Attn: James Warmbrodt, Esq.
701 Market St., Suite 5000
Philadelphia, PA 19106
**Via First Class Mail**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON December 4, 2017

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW OFFICE, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com