IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

**DEFAULT O/E JAD**

In Re:

Gregory R. Hall
Kristie M. Hall

DEBTOR

-----------------------------------------

Edgardo Santillan

APPLICANT

vs.

NO RESPONDENT

Case Number: 13-20927-JAD

Chapter 13

Document No. 65
Hearing Date: February 7, 2018 @ 11:00a.m.

## ORDER OF COURT

**AND NOW,** to-wit, this ___30th_____ day of __January_____ ,2018, the **APPLICATION OF Edgardo Santillan FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$4,450.00** for services rendered on behalf of the Debtor(s) for the period between February 14, 2013 through December 29, 2017, which represents $4,450.00 in attorney fees and $0.00 in costs. The amount of $3,700.00 was paid from the initial retainer and Trustee distributions as part of the "no look" fees. The plan dated March 3, 2013 provided for additional attorney's fees in the amount of $750.00. The $750.00 shall be paid by the Chapter 13 Trustee in the next distribution from balance on hand.

FILED
1/30/18 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____jsf_____
U.S. Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gregory R Hall  
Kristie M Hall  
     Debtors

Case No. 13-20927-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Jan 30, 2018  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.  
db/jdb         +Gregory R Hall,    Kristie M Hall,    6384 Tuscawaras Road,    Midland, PA 15059-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Edgardo D. Santillan    on behalf of Joint Debtor Kristie M Hall ed@santillanlaw.com,  
          edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com  
         Edgardo D. Santillan    on behalf of Debtor Gregory R Hall ed@santillanlaw.com,  
          edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com  
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                             TOTAL: 8