# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    GREGORY R HALL
    KRISTIE M HALL
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.: 13-20927 JAD

Chapter 13

Document No.: 75

## ORDER OF COURT

AND NOW, this __31st__ day of __May__, 20__18__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/31/18 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:
_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-20927-JAD
Gregory R Hall                                                          Chapter 13
Kristie M Hall
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 3              Date Rcvd: May 31, 2018
                              Form ID: pdf900         Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
```
db/jdb         +Gregory R Hall,    Kristie M Hall,    6384 Tuscawaras Road,    Midland, PA 15059-2040
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13592837       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13581867        AP Account Services, LLC,    PO Box 692365,    San Antonio, TX 78269-2365
13581868       +ARS Recovery Services LLC,    1845 Hwy 93,    Ste 310,    Kalispell, MT 59901-5721
13581861       +Aes/pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
13581864       +Allied Insterstate,    PO Box 361774,    Columbus, OH 43236-1774
13581865        Allied International Credit Corp (USA),    100 East Shore Drive,    3rd Floor,
                 Glen Allen, VA 23059-5758
13581866       +Allied Interstate,    800 Interchange West,    435 Ford Road,    Minneapolis, MN 55426-1063
13581869        Asset Recovery Solutions, Inc.,    220 E Devon Avenue,    Suite 200,    Des Plaines, IL 60018-4501
13664404       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13581875       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Childrens Place/Citicorp Credit Services,
                  Attn.:  Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195)
13581874       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13581873       +Chase,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13601568       +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13581877       +Citizens Bank,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms Rjw-135,
                 Warwick, RI 02886-1321
13581878       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13581879       +Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
13978048        ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13581880       +Eastern Account System,    Po Box 837,    Newtown, CT 06470-0837
13581882       +First Energy Solutions,    c/o Receivable Management Services,    4836 Brecksville Road,
                 PO Box 523,    Richfield, OH 44286-0523
13581883       +FirstSource Advantage, LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
13581885       +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
13581889       +HSBC Card Sevices,    P.O. Box 5222,    Carol Stream, IL 60197-5222
13618505       +Harley-Davidson Credit Corp.,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13581888       +Heritage Valley Emergency Physicians,    c/o NCO Financial Systems, Inc.,
                 100 Fleet Street, 3rd Floor,    Pittsburgh, PA 15220-2928
13581890      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                (address filed with court: J.C. Christensen and Associates, Inc.,    PO Box 519,
                  Sauk Rapids, MN 56379)
13668817       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13581894       +MRS Associates,    3 Executive Campus, Ste 400,    Cherry Hill, NJ 08002-4103
13581897       +NCB Mgmt Services,    PO Box 1099,    Langhorne, PA 19047-6099
13581895       +National Hospital Collections,    235 High St, ste 516, Box 699,    Morgantown, WV 26505-5454
13581896       +Nations Recovery Center, Inc.,    6491 Peachtree Industrial Blvd,    Atlanta, GA 30360-2100
13581898        Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13605074       +Pheaa,    PO Box 8147,    Harrisburg, Pa 17105-8147
13581901       +Phillips & Cohen Associates, Ltd,    258 Chapman Rd., Suite 205,    Newark, DE 19702-5444
13581903        Sears Charge Plus,    86 Annex,    Atlanta, GA 30386-0001
13588309       +Sterling Jewelers Inc d/b/a Kay Jewelers,    P.O. Box 1799,    Akron, OH 44309-1799
13581904        Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
13581905       +The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
13581906       +The Medical Center,    1000 Dutch Ridge Road,    Beaver, PA 15009-9727
13581907       +Tri State Medical,    720 Blackburn Rd.,    Sewickley, PA 15143-1459
13581911       +Victoria's Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
13581912       +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 3680,
                 Akron, OH 44309-3680
13581913       +Wfnnb/New York & Compa,    Attention: Bankruptcy,    P.O. Box 182685,    Columbus, OH 43218-2685
13581914       +Wfnnb/value City Furn,    Attn: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 01 2018 03:02:29
                BAYVIEW LOAN SERVICING, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2018 03:13:04
                PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 01 2018 03:13:57
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13581862       +E-mail/Text: bknotices@conduent.com Jun 01 2018 03:02:57       Aes/pnc Natl City,
                 501 Bleecker St,    Utica, NY 13501-2401
13581863       +E-mail/Text: roy.buchholz@allianceoneinc.com Jun 01 2018 03:01:34       Alliance One,
                 4850 Street Road,    Suite 300,    Feasterville Trevose, PA 19053-6643
13596601        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2018 03:26:28
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13660362       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 01 2018 03:02:07       Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
```

```
District/off: 0315-2          User: mgut                  Page 2 of 3                   Date Rcvd: May 31, 2018
                              Form ID: pdf900             Total Noticed: 75


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14691596       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 01 2018 03:02:29
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
13654487        E-mail/PDF: rmscedi@recoverycorp.com Jun 01 2018 03:14:52
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13581870       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2018 03:15:28        Cap One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13581871       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2018 03:15:28        Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13581872       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2018 03:15:29        Capital One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
13602971        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2018 03:26:51
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13613223       +E-mail/Text: kburkley@bernsteinlaw.com Jun 01 2018 03:02:45        Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13581881       +E-mail/Text: bnc-bluestem@quantum3group.com Jun 01 2018 03:02:35        Fingerhut,
                 53 Mceland Road,    Saint Cloud, MN 56395-2076
13581884       +E-mail/Text: Banko@frontlineas.com Jun 01 2018 03:02:58        Frontline Asset Strategies,
                 1935 West County Rd B2,    Suite 425,    Saint Paul, MN 55113-2795
13581887       +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 01 2018 03:02:36        Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
13659967        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 01 2018 03:14:04
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13581891       +E-mail/Text: bankruptcy@afflo.com Jun 01 2018 03:02:14        Leading Edge Recovery Solutions,
                 5440 N. Cumberland Avenue,    Suite 300,    Chicago, IL 60656-1486
13581892       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 01 2018 03:02:11        Midland Funding LLC,
                 8875 Aero Drive,    San Diego, CA 92123-2255
13581899       +E-mail/Text: egssupportservices@alorica.com Jun 01 2018 03:02:21        NCO Financial,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13581900       +E-mail/Text: bankruptcynotices@psecu.com Jun 01 2018 03:02:35       P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
13581902        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2018 03:26:33
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13633677        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2018 03:26:59
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13873457        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2018 03:13:04
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13604088        E-mail/Text: bnc-quantum@quantum3group.com Jun 01 2018 03:01:55
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13603950        E-mail/PDF: rmscedi@recoverycorp.com Jun 01 2018 03:13:07
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13581908        E-mail/Text: bnc@alltran.com Jun 01 2018 03:01:36        United Recovery,    PO Box 722910,
                 Houston, TX 77272-2910
13581909       +E-mail/Text: bnc@alltran.com Jun 01 2018 03:01:36        United Recovery Services,
                 5800 North Course Drive,    Houston, TX 77072-1613
13581910       +E-mail/Text: bnc@alltran.com Jun 01 2018 03:01:36        United Recovery Systems, Inc.,
                 P.O. Box 722929,    Houston, TX 77272-2929
13581911       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 01 2018 03:01:51        Victoria’s Secret,
                 Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
13581913       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 01 2018 03:01:51        Wfnnb/New York & Compa,
                 Attention: Bankruptcy,    P.O. Box 182685,    Columbus, OH 43218-2685
13581914       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 01 2018 03:01:52        Wfnnb/value City Furn,
                 Attn: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
                                                                                               TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr*            +Pheaa,    PO Box 8147,    Harrisburg, Pa 17105-8147
13581876*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20507,    Kansas City, MO 64195)
13618506*      +Harley-Davidson Credit Corp.,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13581886       ##+Gordon & Weinberg, PC,    Frederic I. Weinberg, Esq,    1001 E. Hector St, Ste 220,
                 Conshohocken, PA 19428-2395
13581893       ##+Monarch Recovery Management,    10965 Decatur Road,    Philadelphia, PA 19154-3210
                                                                                      TOTALS: 1, * 4, ## 2

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: mgut                  Page 3 of 3                   Date Rcvd: May 31, 2018
                              Form ID: pdf900             Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Edgardo D Santillan    on behalf of Debtor Gregory R Hall ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Joint Debtor Kristie M Hall ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```